■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WHITE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 13, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Ross, J. P., Markewich, Silverman, Bloom and Yesawich, JJ.

■ DAVID T. HENKEN, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Order, State Human Rights Appeal Board, dated April 3, 1979, unanimously confirmed, on the merits, without costs and without disbursements. (See *Matter of Callaghan v State Div. of Human Rights,* 72 AD2d 679.) Concur—Kupferman, J. P., Birns, Fein, Sandler and Carro, JJ.

## (October 9, 1980)

■ COMMERCIAL BANK OF KOREA, LTD., NEW YORK AGENCY, Respondent, v S & Y INTERNATIONAL CORPORATION, Appellant, et al., Defendant.—Appeal from order, Supreme Court, New York County, entered on March 20, 1980, unanimously dismissed as academic, without costs and without disbursements. The order of said court entered on or about May 20, 1980 is unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Yesawich, JJ.